UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DISVISION

| | |
|---|---|
| CHRISTOPHER L. STAMPER, )<br>  )<br>    Plaintiff )<br>  )<br>Vs. )<br>  )<br>DEVIN R. MARTIN )<br>  )<br>    Defendant ) | Case No. __3:23-CV-99_____<br><br>Defendant Demands Trial by Jury |

## NOTICE OF REMOVAL

Comes now Attorney Brian L. England of Hunt Suedhoff Kearney, LLP, on behalf of Defendant Devin R. Martin, and hereby filed this Notice of Removal pursuant to 28 U.S.C.S. §1446 and invokes this Court's jurisdiction under the provisions of 28 U.S.C.S. §1332 and 28 U.S.C.S. §1441(b). In support of said removal, Defendant Devin R. Martin states as follows:

1. On January 23, 2023, Plaintiff Christopher L. Stamper ("Plaintiff"), filed a Complaint for Damages against Defendant Devin R. Martin ("Defendant") in the Vigo Superior Court No. 2, Vigo County, Indiana, in a matter styled *Christopher L. Stamper v. Devin R. Martin*, under Cause No. 84D02-2301-CT-000455 (the "State Court Action"). (See "Exhibit B," Plaintiff's Complaint for Damages).

2. Plaintiff's cause of action described in the Complaint for Damages sounds in negligence, (See "Exhibit B"),

3. Plaintiff's Complaint for Damages alleges that Plaintiff sustained personal injuries on October 25, 2021, as a result of a motor vehicle collision. (See "Exhibit B," paragraph 12).

4. On February 7, 2023, Defendant, by way of USPS Certified Mail # 9214 8901 4298 0477 7046 48, was served with a copy of Plaintiff's Summons and Complaint for Damages (See Group "Exhibit C").

5. 28 U.S.C.S. §1446(b)(1) provides that a Notice of Removal shall be filed within thirty (30) days after the Defendant receives a copy of the Plaintiff's initial pleading, which was February

7, 2023 (See Group "Exhibit C").

      6. The District Court has subject matter jurisdiction over this lawsuit pursuant to 28 U.S.C.S. §1332, because the Plaintiff and the Defendant are citizens of different states, and the amount in controversy exceeds the sum or value of $75,000, and because this cause of action meets the statutory criteria, the District Court is permitted to remove this case pursuant to 28 U.S.C.S. §1441.

      7. Plaintiff Christopher L. Stamper is now and was at all times relevant to this cause of action, a citizen of the State of Indiana.

      8. Defendant Devin R. Martin is now and was at all times relevant to this cause of action, a citizen of the State of Missouri, and therefore there is complete diversity of citizenship amount the parties in this cause of action.

      9. Plaintiff, by and through his counsel of record, has specifically confirmed to the undersigned counsel for Defendant that Plaintiff is seeking a recovery of damages for bodily injury in excess of $75,000, exclusive of interest and costs at issue, thus satisfying the amount in controversy requirement.

      10. As a result of the foregoing, diversity of citizenship and the jurisdictional minimum amount have been satisfied, and, therefore, pursuant to 28 U.S.C.S. §1332, this Court has jurisdiction over this matter.

      11. Defendant, pursuant to 28 U.S.C.S. §1446(d), has filed written notice of this Notice of Removal with the Clerk of the Vigo County, Indiana, Superior Court, concurrently with the filing of this Notice of Removal, and has served the same on Plaintiff.

      12. Defendant, pursuant to 28 U.S.C.S. §1446(a) has attached to this Notice of Removal a copy of all pleadings, papers, and other orders served upon them in the State Court Action to date. (See Exhibit A, Indiana State Court Action Record).

      13. Because Defendant has adequately set forth the requirements of 28 U.S.C.S. §1332, 28 U.S.C.S. §1441 and 28 U.S.C.S. §1446, this Court may exercise its original jurisdiction and

remove the State Court Action to the United States District Court for the Southern District of Indiana, Terre Haute Division.

14. In the event Plaintiff moves for remand, or this Court considers remand *sua sponte*, Defendant respectfully requests the opportunity to submit supplemental authority, evidence and argument in support of removal, as may be appropriate.

WHEREFORE, Defendant Devin R. Martin hereby removes this action from the Vigo County Superior Court, State of Indiana, and prays that this action proceed in the United States District Court for the Southern District of Indiana, Terre Haute Division.

Respectfully submitted,

HUNT SUEDHOFF KEARNEY LLP

*/s/ Brian L. England*
Brian L. England #16705-53
155 E. Market St., Suite 750
Indianapolis, IN 46204
Phone: 317-784-4966
ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

I certify that on the 6th day of March, 2023, a copy of the foregoing document was filed electronically via Efile.incourts.gov. Notice of this filing has been sent to all Counsel of Record via the Court's electronic filing system.

*/s/ Brian L. England*
Brian L. England